IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| M. SHANE HAMILTON, derivatively on behalf of SAEXPLORATION HOLDINGS, INC., | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 19-1671 (MN) ) |
| JEFF HASTINGS, BRIAN A. BEATTY, BRENT WHITELEY, L. MELVIN COOPER, GARY DALTON, MICHAEL FAUST, MICHAEL KASS, ALAN B. MENKES, and JACOB MERCER, | ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| SAEXPLORATION HOLDINGS, INC., | ) ) |
| Nominal Defendant. | ) |

## ORDER STAYING CASE

AND NOW, this 4th day of September 2020, SAExploration Holdings, Inc. having filed a Suggestion of Bankruptcy (D.I. 10) advising the Court that on August 27, 2020 it filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, IT IS HEREBY ORDERED that this action is STAYED pursuant to the provisions of 11 U.S.C. § 362 and ADMINISTRATIVELY CLOSED until further Order of the Court.

IT IS FURTHER ORDERED that the parties shall promptly notify the Court when the bankruptcy proceedings have been resolved so that the case may be reopened and other appropriate action may be taken.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge